IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Q.H., MOTHER OF Z.H., A CHILD,

     Appellant,

v.                                 Case No. 5D15-4498

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Opinion filed April 8, 2016

Appeal from the Circuit Court
for Orange County,
Thomas W. Turner, Judge.

Sandra W. Deisler, of Willits and Deisler,
PLLC, Orlando, for Appellant.

Rosemarie Farrell, Appellate Counsel,
Department of Children and Families,
Children's Legal Services, Orlando, for
Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

     Pursuant to Appellee's Notice of Concession of Error, we reverse the trial court's

"Final Judgment of Involuntary Termination of Parental Rights as to the Mother, [Q.H.],

and Unknown Father" and remand to the trial court to set forth specific findings of fact in

support of its final judgment of involuntary termination of parental rights.

     REVERSED and REMANDED.

LAWSON, C.J., WALLIS and LAMBERT, JJ., concur.